**2006–2270.  State v. Gilbert.**
Cuyahoga App. No. 86773, 2006-Ohio-3595. On motion for leave to file delayed appeal. Motion denied.
 MOYER, C.J., and PFEIFER, J., dissent.

**2006–2283.  State v. Paige.**
Cuyahoga App. No. 88752. On motion for leave to file delayed appeal. Motion denied.

**2006–2340.  Al Minor & Assoc., Inc. v. Martin.**
Franklin App. No. 06AP–217, 2006-Ohio-5948. On motion for stay of judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2006–1703.  Hutchings v. Childress.**
Delaware App. No. 05CAE05–031, 2006-Ohio-3925. Discretionary appeal accepted and cause consolidated with 2006–2183, *Hutchings v. Childress,* Delaware App. No. 05CAE05–031, 2006-Ohio-3925.
 MOYER, C.J., O'DONNELL and LANZINGER, JJ., dissent.

**2006–1724.  In re Loos.**
Licking App. No. 06CA1, 2006-Ohio-3932. Discretionary appeal accepted; cause held for the decision in 2006–1074, *In re Spears,* Licking App. No. 2005–CA–93, 2006-Ohio-1920; and briefing schedule stayed.
 PFEIFER, J., dissents.

**2006–1749.  Stoner v. Allstate Ins. Co.**
Morrow App. No. 05 CA 16, 2006-Ohio-3998.
 LANZINGER, J., dissents.

**2006–1808.  Talik v. Fed. Marine Terminals, Inc.**
Cuyahoga App. No. 87073, 2006-Ohio-3979. Discretionary appeal accepted on Proposition of Law No. I.
 LUNDBERG STRATTON, O'DONNELL and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. II.
 PFEIFER, J., dissents.
 O'CONNOR, J., not participating.

**2006–1811.  Paterek v. Petersen & Ibold.**
Geauga App. No. 2005–G–2624, 2006-Ohio-4179.
 PFEIFER, J., dissents.
 O'DONNELL, J., not participating.

**2006–1827.  Marich v. Bob Bennett Constr. Co.**
Summit App. No. 23026, 2006-Ohio-4242.
 PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2006–1864.  Westfield Ins. Co. v. Factfinder Marketing Research, Inc.**
Hamilton App. No. C–050580, 2006-Ohio-4380. Discretionary appeal accepted on Proposition of Law No. I.
 LUNDBERG STRATTON and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. II.
 MOYER, C.J., PFEIFER and LANZINGER, JJ., dissent.

**2006–1950.  Filippi v. Ahmed.**
Cuyahoga App. No. 86927, 2006-Ohio-4368. Discretionary appeal accepted; cause held for the decision in 2005–2137 and 2005–2384, *Gehm v. Timberline Post & Frame,* Summit App. No. 22479, 2005-Ohio-5222; cause consolidated with 2006–1861, *Filippi v. Ahmed,* Cuyahoga App. No. 86927, 2006-Ohio-4368; and briefing schedule stayed.
 LANZINGER, J., dissents.

**2006–1972.  Whipkey v. Aqua Chem, Inc.**
Cuyahoga App. No. 88240. Discretionary appeal accepted; cause held for the decision in 2006–1279, *In re Special Docket No. 73958,* Cuyahoga App. Nos. 87777 and 87816; and briefing schedule stayed.
 PFEIFER and LANZINGER, JJ., dissent.